UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VINCENT KEITH RAINES
    Petitioner,

v.                                    Case No. 5:24cv5-TKW-MAL

WARDEN, F.C.I. MARIANNA
    Respondent.
_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 12). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Petitioner's §2241 habeas petition should be dismissed as moot and for failure to exhaust administrative remedies. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for failure to exhaust administrative remedies and because it is moot.

3. The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE AND ORDERED** this 6th day of January, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**